**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:**<br><br>**INNOVATE LABS LLC,**[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 24-12283 (JKS) |
| **ALFRED T. GIULIANO, as Chapter 7 Trustee of the Estate of Innovate Labs LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ADAM FISK; BRAVE NEW SOFTWARE PROJECT, INC.; RACHEL FISK a/k/a RACHEL JOHNSON; MARY HAYES a/k/a MARY TILLER; ONESHIN AIKEN; DEREK FRECH; PERCY WEGMANN; FUNDACIÓN APAMANTE a/k/a APAMANTE FOUNDATION**<br><br>Defendants. | Adv. Proc. No. 26-50942 (JKS)<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF SERVICE**

SETH A. NIEDERMAN, of full age, hereby certifies as follows:

1. I am a partner with the law firm of Fox Rothschild LLP, attorneys for Plaintiff Alfred T. Giuliano, as Chapter 7 Trustee for Innovate Labs LLC, in the above-referenced adversary proceeding.

2. On October 15, 2026, I caused a true and correct copy of the *Complaint, Summons and Notice of Pretrial Conference and Notice of Dispute Resolution Alternatives* to be served *via* Certified Mail, Return Receipt Requested, and via U.S. Mail, first class and postage prepaid, on the parties on the attached Service List.

[1] The last 4 numbers of the Debtor's Federal EIN are 6857.

3. I certify under penalty of perjury that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 23, 2026
Wilmington, Delaware

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*

Seth A. Niederman (No. 4588)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
sniederman@foxrothschild.com

– and –

**COREN & RESS, P.C.**

Steven M. Coren (pro hac vice forthcoming)
Benjamin M. Mather (pro hac vice forthcoming)
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700

Special Counsel for Plaintiff Alfred T. Giuliano, Chapter 7 Trustee of the Estate of Innovate Labs LLC

**SERVICE LIST**

Adam Fisk
1887 Whitney Drive, #7974
Henderson, NV 89014

Rachel Fisk a/k/a Rachel Johnson
1887 Whitney Drive, #7974
Henderson, NV 89014

Mary Hayes a/k/a Mary Tiller
64 Mountain Road
South Berwick, ME 03908

Brave New Software Project, Inc.
4845 Pearl East Circle, Suite 118
PMB 318052
Boulder, CO 80301

Derek Frech
533 Seville Street
Philadelphia, PA 19128

Percy Wegmann
3307 Silkgrass Bnd.
Austin, TX 78748