**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INNOVATE LABS LLC,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 24-12283 (JKS) |
| ALFRED T. GIULIANO, as Chapter 7 Trustee of the Estate of Innovate Labs LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADAM FISK; BRAVE NEW SOFTWARE PROJECT, INC.; RACHEL FISK a/k/a RACHEL JOHNSON; MARY HAYES a/k/a MARY TILLER; OHESHIN AIKEN; DEREK FRECH; PERCY WEGMANN; FUNDACION APAMANTE a/k/a APAMANTE FOUNDATION<br><br>Defendants. | Adv. Proc. No. 26-50942 (JKS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Megan M. Adeyemo, of the law firm of Gordon Rees Scully Mansukhani LLP, 2200 Ross Avenue, Suite 3700, Dallas, TX 75201 to represent Defendants, Adam Fisk, Brave New Software Project, Inc. and Percy Wegmann as counsel in this matter.

Dated: November 3, 2026

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

*/s/ Joseph E. Brenner*
Joseph E. Brenner (Bar No. 6643)
1523 Concord Pike, Suite 202
Wilmington, DE 19803
(302) 992-8951
jbrenner@grsm.com

*Counsel for Defendants Adam Fisk, Brave New Software Project, Inc. and Percy Wegmann*

[1] The last 4 numbers of the Debtor's Federal EIN are 6857.

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Texas and Colorado Bar Associations, the U.S. District Court, Northern, Eastern, Western and Southern District of Texas, U.S. District Court, Colorado, U.S. District Court, Eastern District of Wisconsin, U.S. District Court, North Dakota, U.S. District Court, Eastern District of Michigan and the U.S. Court of Appeals, Fifth and Tenth Circuits and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: November 3, 2026

*/s/ Megan M. Adeyemo*
Megan M. Adeyemo, Esquire
Gordon Rees Scully Mansukhani, LLP
2200 Ross Avenue, Suite 3700
Dallas, TX 75201
Telephone: (214) 231-4660
Email: madeyemo@grsm.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## District Court Pro Hac Vice Fee

**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered by Brenner, Joseph on 11/3/2026 at 11:00 AM EST and filed on 11/3/2026

| | |
|---|---|
| **Case Name:** | BANKRUPTCY PRO-HAC VICE FEES |
| **Case Number:** | 1:77-mc-07777 |
| **Filer:** | |
| **Document Number:** | 842(No document attached) |

**Docket Text:**
**Pro Hac Vice Fee - Credit Card Payment received for Megan M. Adeyemo and Royston J. Peters. ( Payment of $ 100, receipt number ADEDC-5104060).(Brenner, Joseph)**

**1:77-mc-07777 Notice has been electronically mailed to:**

**1:77-mc-07777 Filer will deliver document by other means to:**