**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INNOVATE LABS LLC,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 24-12283 (JKS) |
| ALFRED T. GIULIANO, as Chapter 7 Trustee of the Estate of Innovate Labs LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADAM FISK; BRAVE NEW SOFTWARE PROJECT, INC.; RACHEL FISK a/k/a RACHEL JOHNSON; MARY HAYES a/k/a MARY TILLER; ONESHIN AIKEN; DEREK FRECH; PERCY WEGMANN; FUNDACIÓN APAMANTE a/k/a APAMANTE FOUNDATION,<br><br>Defendants. | Adv. Proc. No. 26-50942 (JKS)<br><br>**Ref. Adv. D.I. 1** |

**STIPULATION EXTENDING TIME FOR DEFENDANTS**
**ADAM FISK, RACHEL FISK AND MARY HAYES**
**<u>TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT</u>**

Plaintiff Alfred T. Giuliano, as Chapter 7 Trustee of the estate of Innovate Labs LLC (the "**Plaintiff**"), and Defendants Adam Fisk, Rachel Fisk a/k/a Rachel Johnson, and Mary Hayes a/k/a Mary Tiller, (collectively, the "**Stipulating Defendants**" and, together with Plaintiff, the "**Parties**"), by and through their undersigned counsel, hereby stipulate and agree as follows:

[1] The last 4 numbers of the Debtor's Federal EIN are 6857.

**WHEREAS**, on October 7, 2026, Plaintiff commenced the above-captioned adversary proceeding upon filing the Complaint (the "**Complaint**") [Adv. D.I. 1] against the Stipulating Defendants and Defendants Derek Frech, Percy Wegmann, Brave New Software Project, Inc., Oneshin Aiken, and Fundación Apamante a/k/a Apamante Foundation;

**WHEREAS**, the current deadline for the Stipulating Defendants to answer, move, or otherwise respond to the Complaint is November 16, 2026; and

**WHEREAS**, the Parties have agreed to extend the deadline for the Stipulating Defendants to answer, move, or otherwise respond to the Complaint by twenty-eight (28) days, through and including December 14, 2026.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their respective undersigned counsel, as follows:

1. The deadline for the Stipulating Defendants to answer, move, or otherwise respond to the Complaint is hereby extended through and including December 14, 2026.

2. In the event that any of the Stipulating Defendants files a motion in response to the Complaint, the deadline for Plaintiff to file a response to such motion shall be forty-five (45) days after the date of service of such motion.

3. This Stipulation may be executed by facsimile and in any number of counterparts, each of which when so executed shall be deemed an original, but all such counterparts shall constitute but one and the same Stipulation.

[*Signature page follows*.]

Dated: November 13, 2026

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: sniederman@foxrothschild.com

-and-

**COREN & RESS, P.C.**
Steven M. Coren
Benjamin M. Mather
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 735-8700

*Special Counsel for Plaintiff Alfred T. Giuliano, Chapter 7 Trustee of the Estate of Innovate Labs LLC*

**GELLERT SEITZ BUSENKELL & BROWN LLC**

*/s/ Charles J. Brown*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5812
Fax: (302) 425-5814
Email: cbrown@gsbblaw.com

*Counsel to Rachel Fisk a/k/a Rachel Johnson and Mary Hayes a/k/a Mary Tiller*

**WHITE AND WILLIAMS LLP**

/s/ *Timothy S. Martin*
Timothy S. Martin (No. 4578)
Michael A. Ingrassia (No. 7068)
Courthouse Square
600 N. King Street, Suite 800
Wilmington, DE 19801-3722
Telephone: (302) 467-4509
Facsimile: (302) 467-4549
Email:martint@whiteandwilliams.com
ingrassiam@whiteandwilliams.com

*Counsel for Defendant Adam Fisk*